**UNITED STATES DISTRICT COURT**
**DISTRICT OF KANSAS**
**KANSAS CITY COURTHOUSE**

| | |
|---|---|
| KELLEE CARMAN, | ) |
| | ) |
|  Plaintiff, | ) |
| | ) |
| v. | )   No. 09-CV-2538-JAR/DJW |
| | ) |
| THE CBE GROUP, INC., | ) |
| | ) |
| | ) |
|  Defendant. | ) |

**PLAINTIFF'S FIRST AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL**

KELLEE CARMAN (Plaintiff), through her attorneys, KROHN & MOSS, LTD., alleges the following against THE CBE GROUP, INC., (Defendant):

**INTRODUCTION**

1. Plaintiff's First Amended Complaint is based on the Fair Debt Collection Practices Act, *15 U.S.C. 1692 et seq.* (FDCPA).

2. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

**JURISDICTION AND VENUE**

3. Jurisdiction of this court arises pursuant to *15 U.S.C. 1692k(d)*, which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy."

4. Defendant is located in the state of Kansas, and therefore, personal jurisdiction is established.

5. Venue is proper pursuant to *28 U.S.C. 1391(b)(1)*.

6. Declaratory relief is available pursuant to *28 U.S.C. 2201 and 2202*.

## PARTIES

7. Plaintiff is a natural person residing in South Burlington, Chittenden County, Vermont.

8. Plaintiff is a consumer as that term is defined by *15 U.S.C. 1692a(3)*, and according to Defendant, Plaintiff allegedly owes a debt as that term is defined by *15 U.S.C. 1692a(5)*.

9. Defendant is a debt collector as that term is defined by *15 U.S.C. 1692a(6)*, and sought to collect a consumer debt from Plaintiff.

10. Defendant is an Illinois Corporation with a business office in Overland Park, Kansas.

11. Defendant is a collection agency that in the ordinary course of business, regularly, on behalf of itself or others, engages in debt collection.

## FACTUAL ALLEGATIONS

12. Defendant constantly and continuously places collection calls to Plaintiff seeking and demanding payment for an alleged debt.

13. Defendant calls Plaintiff on her cell phone at (802) 598-4960 and to her place of employment at (802) 652-7061.

14. Plaintiff requested that Defendant not place calls to her place of employment. Despite this request, Defendant continued to call.

15. Defendant calls Plaintiff from the following telephone numbers: (866) 884-7575, (800) 665-5315, (800) 665-5315 and (240) 699-8905.

16. Defendant calls Plaintiff and hangs up without leaving a voicemail message.

17. Defendant calls Plaintiff and does not provide meaningful disclosure of the caller's identity.

## COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT

18. Defendant violated the FDCPA based on the following:

    a. Defendant violated *§1692c(a)(3)* of the FDCPA by contacting Plaintiff at her place of employment after being notified that her employer prohibits such communications.

    b. Defendant violated *§1692d(5)* of the FDCPA by causing a telephone to ring repeatedly and continuously with the intent to annoy, abuse, and harass Plaintiff.

    c. Defendant violated *§1692d(6)* of the FDCPA by placing telephone calls to Plaintiff without meaningful disclosure of the caller's identity because Defendant calls Plaintiff and hangs up without leaving a voicemail message.

    d. Defendant violated *§1692e(10)* of the FDCPA by using deceptive means in an attempt to collect a debt because Defendant calls Plaintiff and hangs up without leaving a voicemail message.

    e. Defendant violated *§1692f* of the FDCPA by using unfair means in an attempt to collect a debt because Defendant calls Plaintiff and hangs up without leaving voicemail messages.

WHEREFORE, Plaintiff, KELLEE CARMAN, respectfully requests judgment be entered against Defendant, THE CBE GROUP, INC., for the following:

19. Declaratory judgment that Defendant's conduct violated the Fair Debt Collection Practices Act,

20. Statutory damages of $1000.00 pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*,

21. Actual damages,

22. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*

23. Any other relief that this Honorable Court deems appropriate.

**Plaintiff designates Kansas City as place for trial.**

                        RESPECTFULLY SUBMITTED,

                        By: _____/s/ Raymond E. Probst, Jr._____
                        Raymond E. Probst, Jr.
                        Attorneys for Plaintiff
                        Probst Law Frim
                        827 Armstrong Avenue
                        Kansas City, KS 66101

## **DEMAND FOR JURY TRIAL**

     PLEASE TAKE NOTICE that Plaintiff, KELLEE CARMAN, demands a jury trial in this case.

## VERIFICATION

STATE OF VERMONT )

:ss.:

COUNTY OF BURLINGTON)

Plaintiff, KELLEE CARMAN, being duly sworn, deposes and says:

1. I am the Plaintiff in this civil proceeding;
2. I have read the foregoing Verified First Amended Complaint prepared by my attorneys and I believe that all of the facts contained therein are true and correct, to the best of my knowledge, and formed after reasonable inquiry;
3. I belief that this civil First Amended Complaint is well ground in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law;
4. I believe that this civil First Amended Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
5. I have filed this First Amended Complaint in good faith and solely for the purposes set forth in it;
6. Each and every exhibit I have provided to my attorneys, which has/have been attached to this First Amended Complaint, is/are true and correct copy(s) of the original(s); and
7. Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified or fabricated the exhibit(s), except that some of the attached may contain some of my own handwritten notations.

Pursuant to 28 U.S.C. § 1746(2), I, KELLEE CARMAN, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Dated: 3/24/10

_Kellee Carman_
KELLEE CARMAN