# UNITED STATES DISTRICT COURT

## DISTRICT OF KANSAS

### JUDGMENT IN A CIVIL CASE

**KELLEE CARMAN,**
                    **Plaintiff,**

**v.**                                                        **CIVIL NO. 09-2538-JAR**

**CBE GROUP, INC., THE**
                    **Defendant.**

( )    **JURY VERDICT.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

**(X )**    **DECISION BY THE COURT.**  This action came before the Court.  The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED PURSUANT TO THE MEMORANDUM AND ORDER entered on** March 23, 2011 that plaintiff, Kellee Carman, take nothing of defendant, CBE Group, Inc, and this action is dismissed on the merits. The motion by defendant, CBE Group, Inc., for sanctions is denied.

IT IS FURTHER ORDERED that defendant, CBE Group, Inc., recover its costs of action from plaintiff, Kellee Carman.

**Dated:  March 24, 2011**          **TIMOTHY M. O'BRIEN, CLERK**


     **s/ Mary E. Hill**
                    **Deputy Clerk**