UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS
KANSAS CITY COURTHOUSE

| | |
|---|---|
| KELLEE CARMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No.: 2:09-cv-02538-JAR |
| vs. ) | |
| ) | Judge Julie A. Robinson |
| THE CBE GROUP, INC., ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF APPEAL

Notice is hereby given that KELLEE CARMAN, Plaintiff, in the above named case, hereby appeals to the United States Court of Appeals for the Tenth Circuit from the final judgment (Document 58) entered in this action on March 23, 2011 in which the Court granted Defendant's Motion for Summary Judgment with respect to Plaintiff's claims under the Fair Debt Collection Practices Act (FDCPA).

/s/ Raymond E. Probst, Jr.
_____
Raymond E. Probst, Jr. KBN 20370
Attorney for Plaintiff, Kellee Carman
Probst Law Firm
827 Armstrong Ave
Kansas City, KS 66101
Ph: (913) 281-0699
Fax: (913) 321-0199
rprobst@probst-law.com

## **CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing was served upon the district clerk for the United States District Court for the District of Kansas and the below counsel(s) of record for Defendant, Rachel Ommerman and Daniel S. Rabin, via the Court's Electronic Court Filing ECF/CM system on April 21, 2011.

    Daniel S. Rabin
    Berman & Rabin, PA
    15280 Metcalf Ave.
    Overland Park, KS 66223
    913-649-1555
    Fax: 913-652-9474
    Email: drabin@bermanrabin.com

    Rachel B. Ommerman
    Berman & Rabin, PA
    15280 Metcalf Ave.
    Overland Park, KS 66223
    913-649-1555
    Fax: 913-652-9474
    Email: rommerman@bermanrabin.com

                                By:  /s/ *Raymond E. Probst, Jr.*
                                    Raymond E. Probst, Jr. KBN 20370
                                    Attorney for Plaintiff
                                    Krohn & Moss, Ltd.
                                    827 Armstrong Ave
                                    Kansas City, KS 66101