**FILED**
United States Court of Appeals
Tenth Circuit

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

July 13, 2011

Elisabeth A. Shumaker
Clerk of Court

---

KELLEE CARMAN,

  Plaintiff - Appellant/Cross - Appellee,

v.

CBE GROUP, INC.,

  Defendant - Appellee/Cross - Appellant.

Nos. 11-3118 & 11-3215
(D.C. No. 2:09-CV-02538-JAR)

---

**ORDER**

---

In accordance with 10th Cir. R. 33.1 and upon consideration of the stipulation of the parties to voluntarily dismiss the above-captioned appeals, these appeals are dismissed. *See* Fed. R. App. P. 42(b).

Each party will bear their own costs on appeal. A copy of this order will stand as the mandate of the court.

Entered for the Court,

*Elisabeth A. Shumaker*

ELISABETH A. SHUMAKER, Clerk